UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

DEXTER XAVIER TAYLOR, JR.,            )
                                     )
                Plaintiff,            )
                                     )        **JUDGMENT IN A CIVIL CASE**
        v.                            )
                                     )        **CASE NO. 4:18-CV-64-D**
ANDREW M. SAUL, Commissioner of Social )
Security,                             )
                Defendant.            )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion
for judgment on the pleadings [D.E. 21], GRANTS defendant's motion for judgment on
the pleadings [D.E. 23], AFFIRMS defendant's final decision, OVERRULES plaintiff's
objections to the M&E [D.E. 29], and DISMISSES this action.

**This Judgment Filed and Entered on August 30, 2019, and Copies To:**

| | |
|---|---|
| Dexter Xavier Taylor, Jr. | (Sent to 423 Darby Ave. Kinston, NC 28501 via US Mail) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |

DATE:                                 PETER A. MOORE, JR., CLERK
August 30, 2019                       (By)  /s/ Nicole Sellers
                                       Deputy Clerk